UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAQUEL GUERRERO,<br>*Plaintiff,* | §<br>§<br>§ | |
| vs. | §<br>§ | C.A. No. 4:21-cv-00457<br>(JURY) |
| BILLY WALLER TRUCKING,<br>*Defendants.* | §<br>§<br>§ | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE
## AS TO PLAINTIFF'S CLAIMS

To The Honorable Lynn N. Hughes, U.S. District Judge:

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Raquel Guerrero, by and through her counsel, notify the Court of her intent to dismiss all of her claims asserted against Defendant Billy Joe Waller d/b/a Billy Waller Enterprises sued herein as Billy Waller Trucking, without prejudice.

Plaintiff Raquel Guerrero hereby stipulates that she dismisses, without prejudice to the refiling of same, all claims asserted against Defendant Billy Joe Waller d/b/a Billy Waller enterprises sued herein as Billy Waller Trucking.

This Stipulation of Dismissal disposes of all claims asserted herein without prejudice.

SO, STIPULATED by both Parties this 31st day of March, 2021.

**DATED: March 31, 2021**

Respectfully submitted,

**ROBERTS MARKLAND LLP**

By: */s/ R. O. Cantu*
_____
Clive Markland
Federal Id. No. 585658
State Bar No. 24027475
Rob O. Cantu
Federal Id. No. 3180919
State Bar No. 24094580
Alejandra Munoz-Torres
State Bar No. 24108858
Federal Id No. 3633063
2555 N. MacGregor Way
Houston, Texas 77004
713.630.0900 (Telephone)
713.630.0991 (Fax)
cm@robertsmarkland.com
rc@robertsmarkland.com
am@robertsmarkland.com
eservice@robertsmarkland.com

**ATTORNEYS FOR PLAINTIFF**

**Agreed as to Form & Substance:**

_____
Amanda Hilty
Dale R. Melencamp
Bair Hilty, P.C.
14711 Pebble Bend Drive
Houston, Texas 77068

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served to all known counsel of record in accordance with the Federal Rules of Civil Procedure, on this 31st day of March, 2021.

*<u>Via Electronic Filing</u>*

Amanda Hilty
Dale R. Melencamp
Bair Hilty, P.C.
14711 Pebble Bend Drive
Houston, Texas 77068
ahilty@bairhilty.com
dmelencamp@bairhilty.com

**ATTORNEY FOR DEFENDANT
BILLY WALLER TRUCKING**

/s/ *R. O. Cantu*
Rob O. Cantu