UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
April 01, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Raquel Guerrero, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-457 |
| | § | |
| Billy Waller Trucking, | § | |
| | § | |
| Defendant. | § | |

## Final Dismissal

Upon the agreement of the parties, the case is dismissed without prejudice. (9)

Signed on April ___/___, 2021, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge